**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRCIT OF MISSOURI**

| | | |
|---|---|---|
| Elizabeth Ann Winfrey, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:  4:26-cv-00516 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| Trans Union, LLC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL ONLY AGAINST TRANS UNION**

Pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii) Plaintiff, Elizabeth Ann Winfrey, and Defendant,

Trans Union, LLC  stipulate to the dismissal of this action with prejudice.  Each party to bear their own

costs and attorneys' fees incurred herein.


s/ Matt Cook

_____
Matthew P. Cook #62815
Cook Law, LLC
2885 Sanford Ave SW #42270
Grandville, MI 49418
Phone:  314-200-5536
Email:  Cookmp21@yahoo.com
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 3rd day of Juney, 2026, I served the following via cm/ecf to  all interested parties:


   /s/ Matthew P. Cook
         **Matthew P. Cook**